Morris Perlberger, Respondent, v. Manhattan Provision Co., Inc., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Frederick Nathan and Margaret Nathan, Respondents, v. Richard A. Ehrhardt, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Sarah Kaminetsky and Benjamin Kaminetsky, Respondents, v. Workers Colony Corporation, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Guy Lemmon, Respondent, v. Helena J. Titus (Sometimes Using the Fictitious Name Helena J. Rubenstein), Appellant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion in all respects denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Marie Romm, Respondent, v. The Equitable Life Assurance Society, Defendant, Impleaded with Emil Romm, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Antonie Maurer, Respondent, v. Yellow Taxi Corporation, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Frank Wagner, Respondent, v. Yellow Taxi Corporation, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Herman Dumberg, Respondent, v. Second Avenue Railroad Corporation, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents and votes to reverse and deny the motion.

Louis Band, Respondent, v. Joseph Bernanke, Appellant, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Franklin National Insurance Company of New York, Appellant, v. Southern Fire Insurance Company of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

The People of the State of New York ex rel. Harold J. Seidman, Appellant, v. Lazarus Levy, Warden of New York County Penitentiary, and Michael Breen, Warden of Prison at Harts Island, Respondents.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Del Monte Dress Co., Inc., Respondent, v. Royal Indemnity Company, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Lonberg Realty Corporation, Respondent, v. Joseph Hamerman and Leon Caminez, Copartners, etc., Appellants.— Order affirmed, with twenty